**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7168**

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

THOMAS LEE ASHBY, JR.,

                    Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Robert E. Payne, Senior
District Judge.  (3:00-cr-00146-REP-2)

Submitted:  November 13, 2012       Decided:  November 15, 2012

Before NIEMEYER, GREGORY, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Thomas Lee Ashby, Jr., Appellant Pro Se.  Brian R. Hood, OFFICE
OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Lee Ashby appeals a district court order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c) (2006). The court denied the motion because the Guidelines amendments did not lower Ashby's Guidelines sentence. We conclude that the court did not abuse its discretion. United States v. Goines, 357 F.3d 469, 478 (4th Cir. 2004) (stating standard of review). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED